No. 99–1904. I&M RAIL LINK *v.* NORTHSTAR NAVIGATION, INC. C. A. 7th Cir. Motion of Association of American Railroads for

leave to file a brief as *amicus curiae* granted. Certiorari denied.